# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERRI MAR YACHT BASIN, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. |
| ) | |
| RAY LAWTON, ) | |
|     Defendant. ) | |

## COMPLAINT

Plaintiff, Merri Mar Yacht Basin, Inc. ("Merri Mar"), by way of this Complaint against the Defendant, says:

### Jurisdiction and Venue

1. Plaintiff bring this suit against the Defendants under the provisions of 28 U.S.C. §1333 as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C of the Federal Rules of Civil Procedure.

2. Venue lies within this District under the provisions of 28 U.S.C. §1391.

### Parties

3. Plaintiff, Merri Mar, is a Massachusetts corporation with a principal office located at 364 Merrimac Street, Newburyport, MA 01950.

4. At all times hereinafter noted the Defendant is an individual who resides in Wakefield, Massachusetts.

### Count I

5. The Defendant owns a boat called Piranha, a 68 Azimut.

6. Based upon the credit worthiness of the Vessel, Merri Mar has provided storage, services and other necessaries to the Vessel from May 2021 through July 2021.

2

7. Merri Mar is currently owed Thirty One Thousand Two Hundred Twenty-Four and 15/100 Dollars ($31,224.15) for storage, services and other necessaries that have been provided to the Vessel. See Exhibit "A" attached hereto.

8. Despite repeated demands, the Defendant and the Vessel have failed to satisfy this outstanding balance.

## Prayers for Relief

WHERFORE, Plaintiff prays that Judgment be entered in favor of the Plaintiff and against the Defendant, Ray Lawton for the amount of the Plaintiff's damages, together with interest, costs, and if allowed, attorneys fees.

                              Respectfully submitted,
                              Merri Mar,
                              By its attorney,

                              /s/ David S. Smith
                              David S. Smith, Esq.
                              BBO No.: 634865
                              Farrell Smith O'Connnell
                              Aarsheim Aprans LLP
                              27 Congress Street, Suite 109
                              Salem, Massachusetts 01970
                              Tel: 978-744-8918
                              Fax: 978-666-0383
                              e-mail: dsmith@fsofirm.com

Dated: March 7, 2022